GEORGE S. CANELLOS
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, NY 10281
(212) 336-1020

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | 08 Civ. 4016 (SDW)(MCA) |
| KAY SERVICES, LLC, MARCIA SLADICH, | |
| Defendants. | |

---

## STIPULATION AND ORDER

The Securities and Exchange Commission ("SEC") having filed a Complaint in this matter on August 12, 2008; defendant Marcia Sladich ("Defendant") having filed an answer to the Complaint on December 5, 2008; and waived any right to appeal from this Stipulation and Order:

**IT IS HEREBY STIPULATED AND AGREED BY** plaintiff SEC and defendant Marcia Sladich, by and through their undersigned counsel, that:

**WHEREAS**, on May 18, 2009, the Court entered a "Partial Judgment on Consent" (the "Judgment"), granting certain relief against Sladich, including disgorgement, prejudgment

interest, and a civil money penalty;

**WHEREAS**, the Judgment leaves open the amount of disgorgement, prejudgment interest, and civil penalty, which is to be determined upon further motion of the SEC;

**WHEREAS**, on July 30, 2009, Sladich entered a plea of guilty to mail fraud, 18 U.S.C. §1341, and on January 11, 2010 was sentenced to 70 months incarceration in United States v. Sladich, 09 Cr. 573 (D.N.J)(KSH);

**WHEREAS**, on April 7, 2010, Sladich was ordered to pay restitution of $3,151,830 in United States v. Sladich;

**WHEREAS**, based on Sladich's criminal sentence and restitution order, the SEC has determined to dismiss its claims for disgorgement, prejudgment interest, and a civil money penalty against Sladich, and Sladich consents to this dismissal;

**IT IS HEREBY ORDERED** that the SEC's claims for disgorgement, prejudgment interest, and a civil money penalty are hereby dismissed with prejudice, and the Partial Judgment on Consent entered on May 18, 2009 shall be deemed the final judgment against Sladich in this case.

Securities and Exchange Commission

By: _____
    Ibrahim S. Bah
    Jack Kaufman

Attorneys for the Plaintiff
Securities and Exchange Commission
New York Regional Office
Three World Financial Center
Suite 400
New York, NY 10281

Law Offices of Dominic Caruso

By: _____
    Dominic Caruso

Attorney for the Defendant
Law Offices of Dominic Caruso
1037 Route 46 E., Suite 105
Clifton, NJ 07103

Dated: New York, New York          Clifton, New Jersey
       June 11, 2010                       June 10, 2010

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Issued at: 11 : 00 A.m.
June 14, 2010
Newark, NJ

3